UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GARY GOODMAN,                                              Case No.

    Plaintiff(s),

    v.

SPUNCAST, INC.,
    Defendant(s).
_____/

## CERTIFICATE OF INTEREST BY COUNSEL FOR PLAINTIFF

The undersigned counsel of record, in compliance with General L.R. 83.9 identifies the following list of parties represented:

1.    Plaintiff Gary Goodman

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the ECF system this 5th day of August, 2010.

    s/GORDON R. LEECH
    Gordon R. Leech
    Wis. Bar 103095
    Attorney for Plaintiff Gary Goodman
    Consumer & Employment Law Center of Wisconsin
    P.O. Box 309
    Cedarburg WI 53012-0309
    Tel: 262-347-3373
    Fax: 262-347-3374
    Email: gleech@wis-celc.com

1
Case 2:10-cv-00670-RTR   Filed 08/05/10   Page 1 of 1   Document 2